NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL ANTONIOU,**
*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent*

---

2023-2385

---

Petition for review of No. 4G19N-4G-D-2333 8774.

---

Before LOURIE, PROST, and STOLL, *Circuit Judges*.

PER CURIAM.

### O R D E R

In response to this court's October 25, 2023, order directing the parties to show cause regarding our jurisdiction, the United States Postal Service urges dismissal. Michael Antoniou has not filed a response.

Mr. Antoniou's union filed a grievance challenging his notice of removal as a letter carrier with the United States Postal Service. On August 4, 2023, a dispute resolution team concluded that Mr. Antoniou's removal would be sustained unless he voluntarily resigned. Mr. Antoniou then

filed a petition for review with this court, challenging that August 4, 2023, decision.

This court's jurisdiction is limited. Although the court has jurisdiction over "an appeal from a final order or final decision of the Merit Systems Protection Board," 28 U.S.C. § 1295(a)(9), and to "review . . . arbitration awards under a negotiated grievance procedure pursuant to [5 U.S.C. §] 7121(a)," *Burke v. USPS*, 888 F.2d 833, 834 (Fed. Cir. 1989) (citing § 7121(f)), Mr. Antoniou acknowledges that the "case never went to MSPB or Arbitration," ECF No. 6 at 3. Rather, this is a direct appeal from a USPS dispute resolution team's decision. Such appeals are outside our authority to directly review.

Accordingly,

IT IS ORDERED THAT:

(1) This matter is dismissed.

(2) Each party shall bear its own costs.

(3) All pending motions are denied.

FOR THE COURT

January 25, 2024
Date

Jarrett B. Perlow
Clerk of Court